# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2015

## NO. 03-15-00121-CR

**Tom Benson, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD

This is an appeal from the summary judgment rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case for further proceedings consistent with this opinion. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.